NEWBERRY v. STATE. (Court of Criminal Appeals of Texas. June 18, 1913. Rehearing Denied June 27, 1913.) Appeal from John-

son County Court; **J. B. Haynes, Judge.** Albert Newberry was convicted of violating the local option law, and he appeals. Affirmed. W. B. Featherstone, of Cleburne, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted of violating the prohibition law in Johnson county, and his punishment assessed at a fine of $25 and 20 days' imprisonment in the county jail. There is no statement of facts in the case. No question is raised which we can review and decide without a statement of facts. The judgment is therefore affirmed.